ACCEPTED
03-12-00746-CV
8373390
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:57:28 AM
JEFFREY D. KYLE
CLERK

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00746-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 10:57:28 AM
JEFFREY D. KYLE
Clerk

### Gene Doss Construction, Inc., Appellant

### v.

### Frank Smith's, Inc. d/b/a The Deadfish Grill, Appellee

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 245,047-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

#### STATUS OF APPEAL

Appellee Frank Smith's, Inc. filed a petition for Chapter 11 Bankruptcy (United States Bankruptcy Court, W.D. Tex., Waco Division, Case Number 12-61194-cag) shortly after the filing of this appeal. The Bankruptcy plan provided for periodic payment to appellant to satisfy the trial court's judgment. Payments are ongoing at this time. The parties feel that this Appeal should be retained by the Court until this debt is discharged. I certify that I have conferred with debtor's counsel, Mr. Aubrey Williams – MONTEZ & WILLIAMS, PC – 3809 W. Waco Dr., Waco, TX 76710, and he agrees with this course of action.

Respectfully submitted,

By: /s/ *Calvin L. Cowan*

Calvin L. Cowan
Texas Bar No. 24040737
SANDERFORD & CARROLL, P.C.
2110 Birdcreek Drive
Temple, Texas 76502
Telephone:     254/773-8311
Facsimile:      254/773-9175
cal@txconstructionlaw.com
ATTORNEY FOR APPELANT
GENE DOSS CONSTRUCTION, INC.

<u>C</u><span style="font-variant: small-caps">ERTIFICATE OF</span> <u>S</u><span style="font-variant: small-caps">ERVICE</span>

This is to certify that on this 28th day of December, 2015, a true and correct copy of the foregoing was served via the by United States first class mail, postage prepaid, upon counsel for Appellee, by and through counsel of record, Mr. Aubrey Williams – MONTEZ & WILLIAMS, PC – 3809 W. Waco Dr., Waco, TX 76710.

/s/ *Calvin L. Cowan*